USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL,

                Plaintiff,

            -against-

SARTORO LLC,

                Defendant.

1:23-cv-06297-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      On November 28, 2023, the Court entered a Civil Case Management Plan and Scheduling Order ("CMP") in this matter. [ECF No. 13]. The CMP noted that the parties had violated a prior order of the Court [ECF No. 11] by failing to discuss settlement in advance of submitting a proposed CMP. CMP at 3. The CMP ordered the parties to submit a joint status letter by December 28, 2023 advising the Court of the status of settlement and whether the parties wished to be referred to the Mediation Program. *Id.* The Court warned that "[f]ailure to comply with the Court's deadlines, orders, and individual rules may result in sanctions, including preclusion or dismissal of claims or defenses and monetary sanctions, including on counsel personally." *Id.*

      To date, no joint status letter has been submitted. Accordingly, the parties are again in violation of the Court's orders. IT IS HEREBY ORDERED that, no later than January 12, 2024, the parties shall submit a joint status letter advising the Court of the status of settlement and whether the parties wish to be referred to the Mediation Program. IT IS FURTHER ORDERED that by January 30, 2024, one week in advance of the status conference scheduled for February 6, 2024, the parties shall submit a joint letter detailing the status of discovery and any pending discovery disputes. **Failure to comply with this Order and any other orders in this case, the**

**Court's deadlines, the Local Rules, or the Court's Individual Rules of Practice may result in sanctions, including monetary sanctions on counsel personally.**

**SO ORDERED.**

Date:  January 9, 2024  
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**